IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA)
)
v.)Criminal No. 04-96
)
RONALD WINGFIELD)

### Order of Court

And now, this 17th day of September, 2008, in accordance with the foregoing Memorandum Opinion, it is hereby ordered that the *Pro Se* Motion of Defendant/Petitioner Ronald Wingfield to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (doc. no. 104) is DENIED. The Clerk shall mark the docket closed.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:All counsel of record

Ronald Wingfield
08080-068
USP Big Sandy
P O Box 2068
Inez, KY 41224
PRO SE